TRICT, Petitioner. [960 NYS2d 690]——Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Feb. 27, 2013.)

 In the Matter of STEPHEN GOULD JAMIESON, an Attorney, Resignor. [960 NYS2d 690]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Feb. 21, 2013.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD WALLACE, Appellant. [961 NYS2d 355]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON PAIGE, Appellant. (Appeal No. 1.) [961 NYS2d 355]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON PAIGE, Appellant. (Appeal No. 2.) [961 NYS2d 355]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON PAIGE, Appellant. (Appeal No. 3.) [961 NYS2d 355]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON PAIGE, Appellant. (Appeal No. 4.) [961 NYS2d 355]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY MITCHELL, Appellant. [961 NYS2d 355]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey, Lindley and Valentino, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD TAYLOR, Appellant. [961 NYS2d 355]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Fahey and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBIAS BOYLAND, Appellant. [961 NYS2d 355]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE L. SCOTT, Also Known as ANDRE SCOTT, Appellant. [961